UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JASON L. WIMBLE,              : | |
|     Plaintiff,         : | |
|                           : | |
|     v.                          : | File No. 1:05-CV-156 |
|                           : | |
| PAUL COTTON, LYNN HAYWARD,    : | |
| BARBARA STOODLEY, and         : | |
| MERIDETH LNU,                 : | |
|     Defendants.       : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed July 20, 2006. (Paper 30.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). The Defendants' renewed motion to dismiss (Paper 29) is GRANTED in part, to the extent that Wimble's claims for injunctive relief are DISMISSED, and DENIED in part, to the extent that Wimble's claims for damages may proceed.

The matter is hereby returned to the Magistrate Judge for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 11th day of August, 2006.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge