UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JASON L. WIMBLE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    File No. 1:05-CV-156 |
| | : |
| PAUL COTTON, LYNN HAYWARD,<br>BARBARA STOODLEY, and<br>MERIDETH LNU,<br>    Defendants. | :<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed February 5, 2007. (Paper 37.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). The Defendants' Motion for Summary Judgment (Paper 34) is GRANTED and this case is DISMISSED. Any claims specifically involving defendant "Merideth" are DISMISSED without prejudice.

Dated at Brattleboro, in the District of Vermont, this 8th day of March, 2007.

                                                  /s/ J. Garvan Murtha
                                                  J. Garvan Murtha
                                                  United States District Judge